Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual, | Case No.: 2:22-cv-04495-DSF-AS |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| VESEYOB LLC d/b/a DETROIT VESEY'S, a California limited liability company; and DOES 1 to 10, inclusive, | Complaint filed: June 30, 2022<br>Trial Date: Not Set |
| Defendants. | |

NOTICE OF SETTLEMENT

1  Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims
2  of Plaintiff have settled. A Notice of Dismissal with Prejudice as to all of Plaintiff's
3  claims will be filed upon execution of a formal settlement agreement in accordance
4  with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

6  Dated: October 3, 2022				Respectfully Submitted,

8  					*/s/ Binyamin I. Manoucheri*
9  					Thiago M. Coelho
   					Binyamin I. Manoucheri
10 					**WILSHIRE LAW FIRM**
   					*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 3, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: October 3, 2022                    */s/ Binyamin I. Manoucheri*
                                                               Binyamin I. Manoucheri